UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AYRTON RAMOS GOODMAN,<br><br>Plaintiff,<br><br>-against-<br><br>MERRITT HOSPITALITY, LLC d/b/a HEI HOTELS & RESORTS, KELLY PETRUZZIELLO, ANN ALLEYNE, and LUIS RIVAS,<br><br>Defendants. | : | Civil Action No. 1:26-cv-07061-KPF<br><br>**DEFENDANT MERRITT HOSPITALITY, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Defendant, Merritt Hospitality, LLC d/b/a HEI Hotels & Resorts ("HEI"), by and through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby states that HEI is a limited liability company organized under the laws of Delaware and maintains its principal place of business in the State of Connecticut. HEI is privately held and there are no publicly held corporations that own ten percent (10%) or more of HEI's stock.

Dated: New York, New York
October 19, 2026

SEYFARTH SHAW LLP

By: */s/ Ephraim J. Pierre*

Ephraim J. Pierre
epierre@seyfarth.com
Joseph E. Abboud
jabboud@seyfarth.com
620 Eighth Avenue
32nd Floor
New York, New York 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing DEFENDANT MERRITT HOSPITALITY, LLC'S CORPORATE DISCLOSURE STATEMENT with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record in this action.

*/s/ Ephraim J. Pierre*
Ephraim J. Pierre